CLOSING

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| **NEW JERSEY FRATERNAL ORDER OF POLICE, NEWARK LODGE NO. 12, et al.,** | : : : : | |
| | : | **Civil Action No. 12-646** |
| Plaintiffs, | : : | |
| v. | : : : | |
| **CITY OF NEWARK, et al.,** | : | **ORDER** |
| Defendants. | : : : | |

This matter having come before the Court upon cross-motions for summary judgment pursuant to Fed. R. Civ. P. 56;

and the Court having considered the submissions and oral argument of the parties;

and for the reasons set forth in the Opinion delivered on the record on July 30, 2012;

IT IS ON THIS 30th day of July, 2012

ORDERED that the defendants' motion for summary judgment [ECF No. 12] is **GRANTED**; and

IT IS FURTHER ORDERED that the plaintiffs' motion for summary judgment [ECF Nos. 11 & 13] is **DENIED**.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**

-1-